STATE OF CONNECTICUT *v.* FRANCISCO JIMENEZ

*Arnold V. Amore*, special public defender, in support of the petition.

*Melissa L. Streeto*, deputy assistant state's attorney, in opposition.

Decided December 30, 2002

ROFIO GREENFIELD *v.* COMMISSIONER OF CORRECTION

*William B. Westcott*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided December 30, 2002

STATE OF CONNECTICUT *v.* MARQUIS JACKSON

*Donald D. Dakers*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided December 30, 2002